IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MELVIN McLERRAN and DANA HECKART, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Consolidated No. 3:12-cv-00065 |
| | ) | |
| THE CITY OF PORTLAND and | ) | Judge Nixon |
| JODY McDOWELL, LUTHER BRATTON, | ) | |
| STEVE WHITE, MIKE CALLIS, TIM COKER, | ) | Magistrate Judge Bryant |
| BRIAN HARBIN and MELVIN MINNIS | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## MOTION TO QUASH NOTICE OF DEPOSITION AND FOR PROTECTIVE ORDER

Undersigned counsel for Defendants hereby files this Motion to Quash the Deposition of Defendant Jody McDowell, who was noticed for deposition on September 13, 2013. As set forth in the accompanying affidavit of Aaron S. Guin, recent developments have raised an issue pertaining to undersigned counsel's duties pursuant to Tennessee Rule of Professional Conduct 1.7.

Respectfully submitted,

/s/ Aaron S. Guin
Aaron S. Guin, BPR #21200
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
Tel: (615) 254-3060;
Fax: (615) 254-9835
aaron.guin@farrar-bates.com
*Counsel for Defendants*