UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELVIN MCLERRAN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 3:12-0065 |
| v. | ) Judge Nixon/Bryant |
| | ) |
| THE CITY OF PORTLAND, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Docket Entry No. 73) in this matter. There is nothing further to be done in this matter by the undersigned. Therefore, the Clerk is directed to return the file to the District Judge for his consideration of the stipulation of dismissal.

It is so **ORDERED.**

JOHN S. BRYANT
United States Magistrate Judge